UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:25-cv-00192-GNS

**OSMIN MARDOQUEO ZEPEDA RINCAN**                                                    PETITIONER

vs.

**KRISTI NOEM, Secretary, U.S. Department
of Homeland Security, et al.**                                                    RESPONDENTS

## ORDER TERMINATING CASE

Presently before the Court is Respondents' "Notice of Release from Custody" (DN 22), certifying that "Petitioner has been released from custody" as required by this Court's "Text Order" (DN 18) and "Order" (DN 26). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

Greg N. Stivers, Judge
United States District Court
January 14, 2026

cc:     Counsel of Record